LOCCKE, CORREIA, SCHLAGER,
LIMSKY & BUKOSKY
24 Salem Street
Hackensack, New Jersey 07601
(201) 488-0880
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE TROOPERS FRATERNAL ASSOCIATION OF NEW JERSEY, on behalf of its individual members, and all other persons similarly situated, <br><br>and<br><br>STATE TROOPERS NON-COMMISSIONED OFFICERS ASSOCIATION OF NEW JERSEY, on behalf of its members, and all other persons similarly situated but un-named<br><br>  Plaintiffs,<br><br>v.<br><br>STATE OF NEW JERSEY, Office of the Attorney General, Jeffrey Chiesa, Attorney General of the State of New Jersey; Division of Law and Public Safety; Division of State Police; Superintendent of State Police, Joseph R. Fuentes<br><br>  Defendants, | ORDER TO SHOW CAUSE FOR PRELIMINARY RESTRAINTS |

This matter having been opened to the Court by Loccke, Correia, Limsky and Bukosky (Michael A. Bukosky, Esq., appearing), and the Court having read the Verified Complaint filed herein, the brief in support of Plaintiff's application, upon notice to Defendants, (Vincent Rizzo, Esq.) and it appearing to the satisfaction of the Court that irreparable damage may occur in the absence of relief and for other good cause shown;

**IT IS** therefore on this ___8___ day of April 2013,

**ORDERED** that the Defendants show cause before this Court on the __16__ day of _April_ 2013 (at 2:00 pm) why an Order should not be entered preliminarily enjoining and restraining defendants from removing Sergeant Dewey Bookholdt, Trooper John Cardini, Trooper Lance Moorehouse, Trooper Neal Picillo and Trooper Erik Ruczynski from the acting appointments which they previously enjoyed, until such time as an appropriate pre-deprivation notice and hearing occurs; and it is further;

**ORDERED** that this Order to Show Cause be served upon defendants by plaintiff's attorneys within __2__ days of the receipt of this Order. Any briefs shall be filed by April 15, 2013.

_____
Peter _____