```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minute of Proceeding
```

OFFICE: TRENTON

JUDGE PETER G. SHERIDAN                    Date: April 16, 2013

Court Reporter FRANK GABLE

TITLE OF CASE:                             CIVIL **13-2193 (PGS)**
State Troopers Fraternal
Associate of New Jersey, et al

vs.

State of New Jersey, et al

APPEARANCES:
Michael A. Bukosky, Esq for Plaintiff

Lisa A. Puglisi, DAG for Defendants

NATURE OF PROCEEDINGS:

Hearing on Application by plaintiff for an Ordered to Show Cause.
Ordered application reserved.


TIME COMMENCED:   2:00 P.M.         Dolores J. Hicks
TIME ADJOURNED:   3:00 P.M          s/Deputy Clerk
TOTAL TIME:       1:00