```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

**OFFICE:   TRENTON**                              **DATE: April 19, 2013**
**JUDGE PETER G. SHERIDAN**
**COURT REPORTER: Frank Gable**


**TITLE OF CASE:**                                  CV13-2193(PGS)

STATE TROOPERS FRATERNAL ASSOCIATE OF NEW JERSEY
v.
STATE OF NEW JERSEY


**APPEARANCES:**

Michael Bukkosky, Esq., for plaintiffs
Lisa Puglisi, Esq., for defendants


**NATURE OF PROCEEDING:**

Telephone conference re: [3] Order to show cause for preliminary injunction.
Ordered [3] OTSC is denied.
Oral opinion read into the record.
Order to be submitted.



**TIME COMMENCED: 1:45pm**
**TIME ADJOURNED: 2:15pm**
**TOTAL TIME: 30 minutes**

                                           <u>s/Elizabeth Heffner</u>
                                           **Deputy Clerk**