**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| State Troopers Fraternal Association of New Jersey, and State Troopers Non-Commissioned Officers Association of New Jersey,<br><br>Plaintiffs,<br><br>v.<br><br>State of New Jersey, et al.,<br><br>Defendants. | Civil Action No. 13-2193 (PGS)<br><br>**ORDER** |

This matter having been opened to the Court by Loccke, Correia, Limsky and Bukosky (Michael A. Bukosky, Esq. appearing), and the Court having read the Verified Complaint filed herein, the brief in support of Plaintiffs' application for a preliminary restraint, upon notice to Defendants, Lisa A. Puglisi, DAG, appearing, and filing a response thereto, and for the reasons stated on the record on April 19, 2013,

**IT IS,** on this 9th day of May, 2013,

**ORDERED** that Plaintiffs' application for a preliminary injunction is denied, as the Court finds that the claims regarding Plaintiffs' promotional eligibility raised within Plaintiffs' Complaint are governed by the promotion and grievance provisions in the respective contracts applicable to Plaintiffs, and that the matters should be handled pursuant to the applicable contractual provisions.

_____
PETER G. SHERIDAN, U.S.D.J.

May 9, 2013